# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEON TAYLOR, | Case No: 4:04CV3190 |
| Petitioner, | |
| v. | **ORDER DIRECTING CLERK TO RETURN STATE COURT RECORDS** |
| HAROLD W. CLARKE, | |
| Respondent. | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to Filing #18, labeled S18A - S18E, be returned to Susan J. Gustafson, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

DATED this 24th day of October, 2005.

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge